Eva B. Weber, Respondent, v. Maria F. Alvarez, Appellant.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.